UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JEFFREY SCOTT BRADEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.: 3:22-CV-142-TAV-DCP |
| | ) | 3:13-CR-45-TAV-DCP-7 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Petitioner's motion to vacate, set aside, or correct his sentence [Doc. 1; Case No. 3:13-cr-45 ("Criminal Case"), Doc. 2091]. Because defendant has already litigated a 28 U.S.C. § 2255 motion on the merits [*see* Criminal Case Docs. 1599, 1864, 1865], the instant motion challenging his sentence is a second or successive one. Under the Antiterrorism and Effective Death Penalty Act of 1996, petitioner cannot file a second or successive § 2255 motion in this Court until he has moved in the Sixth Circuit Court of Appeals for an order authorizing this Court to consider the motion. 28 U.S.C. § 2255(h). The Court has not received any such order. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** this motion [Doc. 1; Criminal Case Doc. 2091] to the Sixth Circuit under 28 U.S.C. § 1631 for authorization.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE